UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER VON EVANS,
    Petitioner,

vs.   Case No.: 4:25cv8/MCR/ZCB

RICKY D. DIXON,
    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 18, 2025. (Doc. 10). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2. This habeas case is **DISMISSED** as duplicative.

1

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**